UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VANTAGE DEEPWATER COMPANY and VANTAGE DEEPWATER DRILLING, INC., <br><br> *Petitioners,* <br><br> v. <br><br> PETROBRAS AMERICA, INC., PETROBRAS VENEZUELA INVESTMENTS & SERVICES, BV, and PETROLEO BRASILEIRO S.A. – PETROBRAS, <br><br> *Respondents.* | CIVIL ACTION NO. 18-cv-2246 <br><br> **ORDER CONFIRMING ARBITRATION AWARD** |

Before the Court is the Petition to Confirm Arbitration Award ("Petition") brought by Petitioners Vantage Deepwater Company and Vantage Deepwater Drilling, Inc. After considering the Petition, the Response submitted by Respondents Petrobras America Inc., Petrobras Venezuela Investments & Services, BV, and Petróleo Brasileiro S.A. – Petrobras, the relevant legal authorities, and the arguments of counsel, this Court is of the opinion that the Petition should be GRANTED.

It is therefore ORDERED, ADJUDGED, and DECREED that:

1. The Final Award issued in *Vantage Deepwater Co. et al., v. Petrobras America Inc., et al.*, No. 01-15-0004-8503 (the "Arbitration") is hereby confirmed;

2. Respondents must pay Petitioners the amount awarded in the Arbitration: (1) US$ 615.62 million as of 1 April 2018, bearing interest compounded monthly at a rate of 15.2% and running from 1 April 2018 and through final payment of this Award, and (2) US$ 6.4 million

07214-00001/10207927.1

bearing interest from 20 October 2015 on US$ 5.2 million, and from 19 November 2015 on US$ 1.2 million, at 15.2% compounded monthly, running until final payment of the awarded sums.

3.  Respondents must pay Petitioners costs and expenses associated with the Arbitration totaling US$ 32,800.02, which is the total amount of Petrobras's unpaid ICDR invoices for the arbitration.

4.  Respondents must pay Petitioners' costs in bringing this action, pursuant to Rule 54(d)(1) of the Federal Rules of Civil Procedure; and

5.  Respondents must pay Petitioners pre-judgment interest from the date of the Final Award until the date of this Confirmation Order and post-judgment interest thereafter at the rate specified under 28 U.S.C. § 1961.

The Court will retain jurisdiction of the above-captioned action until Petitioners enter an order confirming payment as specified above.

IT IS SO ORDERED.

DATED:   Houston, Texas
         July 2, 2018

_____
UNITED STATES DISTRICT JUDGE