# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| VANTAGE DEEPWATER COMPANY and VANTAGE DEEPWATER DRILLING, INC., <br><br> *Petitioners,* <br><br> v. <br><br> PETROBRAS AMERICA INC., PETROBRAS VENEZUELA INVESTMENTS & SERVICES, BV, and PETRÓLEO BRASILEIRO S.A. – PETROBRAS, <br><br> *Respondents.* | CIVIL ACTION NO. 18-cv-2246 <br><br><br> **JOINT MOTION TO SET DEADLINES TO RESPOND** |

Petitioners and Respondents ("Parties") jointly file this Motion to Set Deadlines to Respond.

The Parties respectfully request that the Court set **August 31, 2018** as Respondents' deadline to:

1. Answer or otherwise respond to the Petition (Dkt. 1);

2. Respond to Petitioners' Motion to Obtain Security for Satisfaction of Judgment on Final Award (Dkt. 15);

3. Respond to Petitioners' Motion for Hearing and Oral Argument on Motion to Obtain Security for Satisfaction of Judgment on Final Award (Dkt. 17); and

4. Move to vacate the Final Award.

Further, the Parties respectfully request that the Court set **September 7, 2018** as Petitioners' deadline to submit any reply in support of:

1. Petitioners' Motion to Obtain Security for Satisfaction of Judgment on Final Award (Dkt. 15); and

2. Petitioners' Motion for Hearing and Oral Argument on Motion to Obtain Security for Satisfaction of Judgment on Final Award (Dkt. 17).

Last, the Parties respectfully request that the Court set Petitioners' deadline to respond to Respondents' forthcoming motion to vacate the Final Award, and any reply thereafter by Respondents, to proceed according to deadlines prescribed by applicable rules, unless a further enlargement of time is sought.

An agreed proposed Order is attached.

Dated:  July 23, 2018.                                    Respectfully submitted,

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: _____
Karl Stern
Texas Bar No. 19175665
karlstern@quinnemanuel.com
Charles Eskridge
Texas Bar No. 06666350
charleseskridge@quinnemanuel.com
Christopher Porter
chrisporter@quinnemanuel.com
Texas Bar No. 24070437
Kate Kaufmann Shih
Texas Bar No. 24066065
kateshih@quinnemanuel.com
711 Louisiana, Suite 500
Houston, Texas  77002
Telephone: (713) 221–7000
Fax: (713) 221–7200

Tai–Heng Cheng
taihengcheng@quinnemanuel.com
*Admitted Pro Hac Vice*
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone :  (212) 849–7000
Fax :  (212) 849–7100

**THOMPSON & KNIGHT LLP**

**By:** _____
William M. Katz, Jr.
Federal Admission No. 21581
State Bar No. 00791003
william.katz@tklaw.com

One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas  75201
Telephone: 214-969-1700
Facsimile: 214-969-1751

**ATTORNEYS FOR RESPONDENTS PETROBRAS AMERICA INC., PETROBRAS VENEZUELA INVESTMENTS & SERVICES, BV, AND PETROLEO BRASILEIRO S.A. -- PETROBRAS**

Paul J. Dobrowski
Texas Bar No. 05927100
pjd@doblaw.com
Danielle N. Andrasek
Texas Bar No. 24045410
dna@doblaw.com
DOBROWSKI LARKIN & JOHNSON LLP
4601 Washington Ave. #300
Houston, Texas 77007

**ATTORNEYS FOR PETITIONERS**
**VANTAGE DEEPWATER COMPANY AND**
**VANTAGE DEEPWATER DRILLING, INC.**

## CERTIFICATE OF SERVICE

A copy of the foregoing Joint Motion to Set Deadlines to Respond was served on all counsel of record for the parties via ECF on July 23, 2018.

/s/ *Kate Kaufmann Shih*
Kate Kaufmann Shih