United States District Court
Southern District of Texas
**ENTERED**
October 16, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VANTAGE DEEPWATER COMPANY and VANTAGE DEEPWATER DRILLING, INC., *Petitioners,* v. PETROBRAS AMERICA INC., PETROBRAS VENEZUELA INVESTMENTS & SERVICES, BV, and PETROLEO BRASILEIRO S.A. – PETROBRAS, *Respondents.* | CIVIL ACTION NO. 4:18-cv-2246 |

### ORDER GRANTING JOINT MOTION TO ESTABLISH RESPONSE DEADLINE

Having considered the parties' Joint Motion to Establish Response Deadline, it is hereby ORDERED that the Motion is GRANTED.

It is further ORDERED that Respondents shall file their Response to Petitioners' Motion to Strike the Declaration of Lawrence E. Newman (Dkt. 71) by October 26, 2018.

October 16, 2018
Date

_____
The Honorable Alfred H. Bennett
United States District Judge

ORDER GRANTING JOINT MOTION FOR LEAVE TO ESTABLISH RESPONSE DEADLINE – Page 1