United States District Court
Southern District of Texas
**ENTERED**
March 15, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VANTAGE DEEPWATER COMPANY and VANTAGE DEEPWATER DRILLING, INC., <br><br> *Petitioners,* <br><br> v. <br><br> PETROBRAS AMERICA, INC., PETROBRAS VENEZUELA INVESTMENTS & SERVICES, BV, and PETROLEO BRASILEIRO S.A. – PETROBRAS, <br><br> *Respondents.* | CIVIL ACTION NO. 4:18-cv-2246 |

## ORDER GRANTING PETITIONERS' UNOPPOSED MOTION TO SUPPLEMENT RECORD

This Court has considered Petitioners Vantage Deepwater Company and Vantage Deepwater Drilling, Inc.'s (collectively, "Vantage") Unopposed Motion to Supplement Record. The Court finds that Vantage's request is made for good cause. Accordingly, the Court hereby **GRANTS** the Motion.

It is so ORDERED.

_March 15, 2019_  
Date

_[signature]_  
The Honorable Alfred H. Bennett
United States District Judge

07214-00001/10734818.1