United States District Court
Southern District of Texas
**ENTERED**
May 22, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VANTAGE DEEPWATER COMPANY, *et al*, § § Plaintiffs, § § VS. § PETROBRAS AMERICA INC, *et al*, § § Defendants. § | CIVIL ACTION NO. 4:18-CV-02246 |

# FINAL JUDGMENT

On May 17, 2019, the Court granted Petitioners Vantage Deepwater Company and Vantage Deepwater Drilling, Inc.'s ("Vantage") Motion to Confirm the arbitration award (the "Final Award") issued by the arbitration tribunal in the case captioned *Vantage Deepwater Co. et al. v. Petrobras America Inc., et al.*, No. 01-15-0004-8503. Doc. #146. In the same Order, the Court denied Respondents Petrobras America Inc., Petrobras Venezuela Investments & Services, BV, and Petróleo Brasileiro S.A. – Petrobras's ("Petrobras") Motion to Vacate the Final Award. *Id.*

Accordingly, the Court ORDERS that:

1. The Final Award is RECOGNIZED and CONFIRMED.

2. Petitioners recover from Respondents, jointly and severally:

   a. U.S. $733,968,000.00 (comprised of the award amount of U.S. $622,020,000.00 plus additional interest as provided for in the award of U.S. $111,948,000.00 through May 22, 2019);

   b. Costs of court, pursuant to Federal Rule of Civil Procedure 54(d); and

  c. Post-judgment interest on all foregoing amounts calculated at the federal statutory post-judgment interest rate set in 28 U.S.C. § 1961 of 2.32%, and running from the day after entry of this Final Judgment until paid.

All writs and processes for the enforcement and execution of this Final Judgment and costs shall issue as necessary and allowable by law, including, to the extent applicable, 28 U.S.C. § 1610.

This is a final judgment.  The Court DENIES all relief not granted in this judgment.

It is so ORDERED.

DATED this May 22, 2019

_____
The Honorable Alfred H. Bennett
United States District Judge