UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VANTAGE DEEPWATER COMPANY and VANTAGE DEEPWATER DRILLING, INC.,<br><br>    Petitioners,<br><br>v.<br><br>PETROBRAS AMERICA INC., PETROBRAS VENEZUELA INVESTMENTS & SERVICES, BV, and PETRÓLEO BRASILEIRO S.A. – PETROBRAS,<br><br>    Respondents. | Civil Action No. 4:18-cv-2246 |

## NOTICE OF APPEAL

Notice is hereby given that Petrobras America Inc., Petrobras Venezuela Investments & Services, BV, and Petróleo Brasileiro S.A. – Petrobras, Respondents in the above-captioned case, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Final Judgment entered in this action on May 22, 2019, and all predicate orders.

Dated:  June 19, 2019

                                                                               Respectfully submitted,

By: _____
William M. Katz, Jr.
Federal Admission No. 21581
State Bar No. 00791003
william.katz@tklaw.com
Andrew B. Derman
Federal Admission No. 611491
State Bar No. 05770700
andrew.derman@tklaw.com

THOMPSON & KNIGHT LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Telephone: 214-969-1700

**ATTORNEYS FOR RESPONDENTS PETROBRAS AMERICA INC., PETROBRAS VENEZUELA INVESTMENTS & SERVICES, BV AND PETRÓLEO BRASILEIRO S.A. – PETROBRAS**

Ari D. MacKinnon (*admitted pro hac vice*)
amackinnon@cgsh.com
Boaz S. Morag
Federal Admission No. PRID18019
bmorag@cgsh.com
Emily J. Balter (*admitted pro hac vice*)
ebalter@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000

**ATTORNEYS FOR RESPONDENT PETRÓLEO BRASILEIRO S.A. – PETROBRAS**