# Vinson&Elkins

Jane Bland  jbland@velaw.com
Tel +1.713.758.2296  Fax +1.713.615.5734

United States District Court
Southern District of Texas
**FILED**

SEP 23 2019

David J. Bradley, **Clerk of Court**

September 10, 2019

David J. Bradley, Clerk
Attn: Ednita Ponce, Deputy Clerk
United States District Court for the
Southern District of Texas – Brownsville Division
600 East Harrison Street
Brownsville, Texas 78520-7114

    Re:    *In Re: Vantage Deepwater Company, et al. v. Petrobras America, Inc., et al.*
             District Court Case No.: 4:18-CV-2246; Circuit Court Case No.: 19-20435

Dear Mr. Bradley:

    Enclosed is a CD containing the sealed documents of the electronic record for the above-referenced appeal, which I recently received.

    Because I am withdrawing from the case, I wanted to return the CD.

                          Sincerely yours,

                          VINSON & ELKINS L.L.P.

           By:  *[signature]*
                    Jane Bland

Enclosure

US 6582529v.1

**Vinson & Elkins LLP  Attorneys at Law**
Austin  Beijing  Dallas  Dubai  Hong Kong  Houston  London
New York  Richmond  Riyadh  San Francisco  Tokyo  Washington

1001 Fannin Street, Suite 2500
Houston, TX 77002-6760
Tel +1.713.758.2222  Fax +1.713.758.2346  velaw.com